IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA     :
                                  :      CRIMINAL INDICTMENT
    v.                           :
                                  :      NO. 1:14-CR-155-JEC-ECS
WAYNE CHRISTOPHER JONES     :

### REPORT & RECOMMENDATION ON PLEA OF GUILTY

The Defendant, by written consent, appeared before the undersigned with counsel on April 25, 2014, and entered a plea of guilty to the sole count of the information. After placing Defendant under oath and advising and examining him as required under Rule 11 of the Federal Rules of Criminal Procedure, the undersigned determined that the Defendant was competent and capable of entering an informed plea; that he was fully advised of the charges and the consequences of the plea; that the guilty plea was knowing, intelligent, and voluntary; that the offense charged was supported by an independent basis in fact establishing each of its essential elements, and that the plea should be accepted. The undersigned, therefore, **RECOMMENDS** that the plea of guilty be accepted and that the defendant be adjudged guilty and have sentence imposed accordingly.

SO REPORTED and RECOMMENDED, this 25th day of April, 2014.

*/s/ E. Clayton Scofield III*
E. CLAYTON SCOFIELD III
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/8
2)